# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   THOMAS J. LEWIS & ROBIN L. LEWIS           Case Number: 08-71228
         6242 WEAVER ROAD                           SSN-xxx-xx-6721 & xxx-xx-0349
         ROCKFORD, IL  61114

Case filed on:   4/23/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,250.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY DAVID H CARTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | JULIE PEPPERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | THOMAS J. LEWIS | 0.00 | 0.00 | 439.88 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 439.88 | 0.00 |
| 001 | BANK ONE | 17,500.00 | 17,500.00 | 1,536.13 | 913.87 |
| 002 | COUNTRYWIDE HOME LOANS INC | 129,727.70 | 0.00 | 0.00 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS INC | 10,451.56 | 0.00 | 0.00 | 0.00 |
| 004 | ILLINOIS TITLE LOANS, INC | 509.07 | 500.00 | 108.61 | 31.39 |
|  | Total Secured | 158,188.33 | 18,000.00 | 1,644.74 | 945.26 |
| 001 | BANK ONE | 0.00 | 5.00 | 0.00 | 0.00 |
| 004 | ILLINOIS TITLE LOANS, INC | 0.00 | 0.09 | 0.00 | 0.00 |
| 005 | AAT INFA RED | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALL GREEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICOLLECT INC | 195.78 | 1.96 | 0.00 | 0.00 |
| 008 | ASPIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BAKER, MILLER, MARKOFF & KRANSY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BROOKSIDE IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CHADWICKS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COMED CO | 913.14 | 9.13 | 0.00 | 0.00 |
| 014 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITOR PROTECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DENNIS BREBNER & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FEATURE FILMS FOR FAMILYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FEDERAL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | FMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | FOREST CITY PHYSICAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | FREEDOM DRUGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | GE CONSUMER FINANCE | 1,551.75 | 15.52 | 0.00 | 0.00 |
| 023 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | IGS ENERGY INC | 657.06 | 6.57 | 0.00 | 0.00 |
| 025 | ISLAND NATIONAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | LYDIA MEYERS TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | OSF | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | RADIOLOGY CONS OF ROCKFORD LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | RECEIVABLES MANAGEMENT SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ROBERT MITCHELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ROCKFORD MERCANTILE AGENCY INC | 2,425.31 | 24.25 | 0.00 | 0.00 |
| 037 | ROCK RIVER WATER RECLAMATION | 606.65 | 6.07 | 0.00 | 0.00 |
| 038 | SEEBER FOOT & ANKLE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | CREDITORS BANKRUPTCY SERVICE | 356.26 | 3.56 | 0.00 | 0.00 |
| 040 | SWEDISH AMERICAN HOSPITAL | 3,191.14 | 31.91 | 0.00 | 0.00 |
| 041 | ATTORNEY TERRY HOSS & | 40.00 | 0.40 | 0.00 | 0.00 |
| 042 | THE KUCHUE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | THOMAS RUSSELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | UNIFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | JP MORGAN CHASE BANK NA/BANK ONE | 21,598.39 | 215.98 | 0.00 | 0.00 |
| 047 | AMERICOLLECT INC | 402.67 | 4.03 | 0.00 | 0.00 |
|  | Total Unsecured | 31,938.15 | 324.47 | 0.00 | 0.00 |
|  | Grand Total: | 190,126.48 | 18,324.47 | 2,084.62 | 945.26 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $3,029.88 |
| Trustee Allowance: | $220.12 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009　　　　　　　By  /s/Heather M. Fagan